IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kory King France,<br><br>                     Petitioner,<br><br>v.<br><br>David Shinn, et al.,<br><br>                     Respondents. | No. CV-20-08075-PCT-DLR<br><br>**ORDER** |

Before the Court are Petitioner's Petition for Writ of Habeas Corpus and United States Magistrate Judge Michelle H. Burns' Report and Recommendation ("R&R"). (Docs. 1, 8.) The R&R recommends that the Court deny the Petition. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). No party filed objections, which relieves the Court of its obligation to review the R&R. *Id.*; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken.

**IT IS ORDERED** that Magistrate Judge Burns' R&R (Doc. 8) is **ACCEPTED**.

1. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that a Certificate of Appealability and leave to proceed *in forma pauperis* on appeal are **DENIED** because dismissal of the Petition is justified by a plain procedural bar and jurists of reason would not find the procedural ruling debatable.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall terminate this case.

Dated this 28th day of January, 2021.

Douglas L. Rayes
United States District Judge